RIPLEY, Appellant, **v.** FRAZER, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by Clarence L. Ripley against Frederick Frazer. No opinion. Motion for reargument (of 134 N. Y. Supp. 259) denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

RITTER, Respondent, v. LAHR, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by Martha A. Ritter against George M. Lahr. No opinion. Judgment and order affirmed, with costs.

ROACH, Respondent, v. LORENCE et al., Appellants. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Emeline Roach against Otto Lorence and others. J. Landy, for appellants. W. B. Coles, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer, upon payment of costs in this court and in the court below. Order filed.

ROBINSON, Respondent, v. MERIDA REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Abraham Robinson against the Merida Realty Company and others. J. J. Corn, for appellants. M. D. Steuer, for respondent.

PER CURIAM. Judgment and order affirmed with costs. Order filed. See, also, 129 N. Y. Supp. 1144.

LAUGHLIN and DOWLING, JJ., dissent.

ROCKOWITZ v. SIEGEL et al. (Supreme Court, Appellate Division, First Department June 22, 1912.) Action by Anna Rockowitz, an infant, etc., against Harris Siegel and others. No opinion. Motion denied, with $10 costs. Settle order on notice.

ROGERS, Respondent, v. HERALD CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Harry W. Rogers against the Herald Company. No opinion. Order affirmed, without costs.

ROGERS, Respondent, v. HERALD CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Harry W. Rogers against the Herald Company. No opinion. Judgment and order unanimously affirmed, with costs.

ROGERS, Respondent, v. LEE, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Edwin Rogers, an infant, by Arthur W. Rogers, his guardian ad litem, against William A. Lee. No opinion. Judgment and order unanimously affirmed, with costs.

ROHDE, Appellant, **v.** CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Frederick Rohde against the City of New York and others. S. C. Carlton, for appellant. T. Farley, A. S. Gilbert, J. F. Conran, and A. J. Gilchrist, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ROSENBLATT, Appellant, **v.** CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Jessie Rosenblatt, an infant, etc., against the City of New York. D. W. Blumenthal, for appellant. L. Leale, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

ROSENFELD v. PECK. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by Solomon Rosenfeld against Samuel W. Peck. No opinion. Motion denied, with $10 costs. Order filed. See, also, 134 N. Y. Supp. 392.

ROSENHEIM et al., Appellants, v. BRENNER, Respondent. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Louis Rosenheim and others against Max Brenner. E. Cohn, for appellants. J. I. Berman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ROSSI, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 24, 1912.) Action by Elvira Rossi, as administratrix, etc., of Leonard Rossi, deceased, against the Long Island Railroad Company. No opinion. Order denying motion for new trial on the ground of newly discovered evidence reversed, with costs, and motion granted.

ROSSI, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 24, 1912.) Action by Elvira Rossi, as administratrix, etc., of Leonard Rossi, deceased, against the Long Island Railroad Company.

PER CURIAM. Inasmuch as the order denying motion for a new trial on the ground of newly discovered evidence has been reversed, the appeal from the judgment and order is dismissed, without costs.

ROSSTAD, Appellant, v. VON HOVELING AMERICAN COMPOSITION CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by John Rosstad against the Von Hoveling American Composition Company. No opinion. Judgment and order unanimously affirmed, with costs.